UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FAUSTO RUIZ ESTRADA,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER, Warden,<br><br>Respondent. | Case No. 5:26-cv-02709-JFW-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Corrected Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs in part with the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondent to release Petitioner Fausto Ruiz Estrada (A# 056-795-654) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained; (c) ordering Respondent to return all property confiscated from Petitioner during his arrest and processing into detention; and (d) ordering Respondent to file a status report within two (2) business days to confirm that Petitioner was released from custody. In the event the government seeks to re-detain Petitioner, it must provide him with the requisite due process and comply with all applicable legal authority.

DATED: July 17, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE