JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FAUSTO RUIZ ESTRADA,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER, Warden,<br><br>Respondent. | Case No. 5:26-cv-02709-JFW-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted, and a writ of habeas corpus shall be issued ordering Respondent to immediately release Petitioner Fausto Ruiz Estrada (A# 056-795-654) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained. Respondent shall file a

/ / /

/ / /

/ / /

status report within two (2) business days to confirm that Petitioner was released from custody. In the event the government seeks to re-detain Petitioner, it must provide him with the requisite due process and comply with all applicable legal authority.

DATED: July 17, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE